**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2306

TOLL BROTHERS, INCORPORATED, a Pennsylvania Corporation,

Plaintiff – Appellee,

v.

JAMES G. GORE, JR.; JENNIFER J. GRAFTON-GORE,

Defendants – Appellants.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:07-cv-00092-JPB-JES)

Submitted: April 22, 2009            Decided: May 28, 2009

Before NIEMEYER, MICHAEL, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James G. Gore, Jr., Jennifer J. Grafton-Gore, Appellants Pro Se. Charles Francis Printz, Jr., BOWLES, RICE, MCDAVID, GRAFF & LOVE, PLLC, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James G. Gore, Jr., and his wife, Jennifer J. Grafton-Gore, appeal the district court's order and judgment granting Plaintiff summary judgment on its breach of contract claim and denying Defendants summary judgment on their counterclaims, and its judgment imposing sanctions on Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgments. See Toll Bros., Inc. v. Gore, No. 3:07-cv-00092-JPB-JES (N.D. W. Va. Nov. 12, 2008; Nov. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED